This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| Madison COUNTY | | |

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | Gary Fisk<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | FAF Inc.<br>**Defendant / Respondent** *(First, middle, last name)* | 2021L001359<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. **Defendant/Respondent's address and service information:**<br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: FAF Inc.<br>Registered Agent's name, if any: Cogency Global Inc.<br>Street Address, Unit #: 600 South Second Street, Suite 404<br>City, State, ZIP: Springfield, IL 62704<br>Telephone: _____ Email: _____ |
|---|---|
| In **1b**, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☑ Sheriff ☐ Sheriff outside Illinois: _____<br>                                                                            County & State<br>☐ Special process server ☐ Licensed private detective |

| | | |
|---|---|---|
| In **2**, enter the amount of money owed to you. | **2.** | **Information about the lawsuit:** Amount claimed: $ 1,000,000.00 |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3.** | **Contact information for the Plaintiff/Petitioner:** <br> Name *(First, Middle, Last)*: Lorenzo Hester <br> Street Address, Unit #: 3920 Lindell Blvd., Suite 103 <br> City, State, ZIP: St. Louis, MO 63108 <br> Telephone: (314) 652-4321     Email: TheHesterGroup@att.net |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. <br> To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| | | |
|---|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** | **Instructions for person receiving this *Summons* (Defendant):** <br> ☒ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at: <br> Address: 155 N Main St, Edwardsville, IL  62025 <br> City, State, ZIP: |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | | ☐ b. Attend court: <br> On: _____ at _____ ☐ a.m. ☐ p.m. in _____ <br>     Date        Time              Courtroom <br> **In-person at:** <br> _____ <br> Courthouse Address    City    State    ZIP <br> OR |
| In **4b**, fill out: <br> • The court date and time the clerk gave you. <br> • The courtroom and address of the court building. <br> • The call-in or video information for remote appearances (if applicable). <br> • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): <br> By telephone: _____ <br>         *Call-in number for telephone remote appearance* <br> By video conference: _____ <br>              *Video conference website* <br> _____ <br> *Video conference log-in information (meeting ID, password, etc.)* <br> Call the Circuit Clerk at: _____ or visit their website <br>         *Circuit Clerk's phone number* <br> at: _____ to find out more about how to do this. <br>     *Website* |

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | 4/11/2022 <br> **Witness this Date:** _____ <br>         /s/ Thomas McRae   /s/ Susan Stoicheff <br> **Clerk of the Court:** _____ |
| **STOP!** The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.** <br> Date of Service: _____ <br> *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

SU-S 1503.2                                 Page 2 of 4                                 (06/21)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Madison COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Gary Fisk_____<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/Respondents. | v.<br>FAF Inc._____<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 2021L001359_____<br>**Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**
_____ **as follows:**
*First, Middle, Last*

 ☐ Personally on the Defendant/Respondent:
  Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____

 ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____
  And left it with: _____
   *First, Middle, Last*
  Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
  and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

 ☐ On the Corporation's agent, _____
   *First, Middle, Last*
  Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address: _____
  City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

**DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

*Signature by:* ☐ Sheriff
             ☐ Sheriff outside Illinois: _____

_____
*County and State*

☐ Special process server
☐ Licensed private detective

_____
*Print Name*

**FEES**
Service and Return: $ _____
Miles _____     $ _____
Total                $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

November 22, 2021

IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

CASE NUMBER: 2021 L 001359

GARY FISK

        Plaintiff(s)

VS.

SELMA DEREYAYLA

        Defendant(s)



FILED
NOV 12 2021
CLERK OF CIRCUIT COURT #7
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

## ASSIGNMENT ORDER

The above case is hereby assigned to the Honorable CHRISTOPHER P. THRELKELD for setting and disposition.

Clerk to send copies of this Order to the attorneys of record and any pro se party.

DATE: November 12, 2021

s/Bill Mudge
Chief Judge

***EFILED***
Case Number 2021L 001359
Date: 11/10/2021 2:25 PM
Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT OF MADISON COUNTY
STATE OF ILLINOIS

| | |
|---|---|
| **GARY FISK,** | Cause #: 2021L 001359 |
| Plaintiff, | Division: |
| v. | |
| **SELMA DEREYAYLA,**<br>Serve at: | SUMMONS TO ISSUE |
| And | |
| **FAF INC.,**<br>Serve at: Cogency Global Inc.<br>600 South Second Street, Suite 404<br>Springfield, IL 62704 | |
| Defendants. | |

## COMPLAINT AT LAW

COMES NOW, Plaintiff Gary Fisk, by and through his attorney Lorenzo Hester, The Hester Group LLC. and for his cause of action against Defendants Selma Dereyayla and FAF Inc., states as follows:

### ALLEGATIONS COMMON TO ALL COUNTS

1. Plaintiff Gary Fisk is a resident of the State of Missouri.

2. Defendant Selma Dereyayla is a resident of a state unknown to Plaintiff.

3. Defendant FAF Inc also known as Forward Air is and was at all relevant times a Tennessee corporation conducting substantial and continuous business in the state of Illinois. Defendant FAF Inc. is engaged in the arranging for and the performance of interstate carriage for hire by authority issued to it by the Federal Motor Carrier Safety Administration ("FMCSA").

4. At all times pertinent to this lawsuit, FAF Inc., hereinafter referred to as "Forward Air," acted by and through its agents, servants, and employees, who acted at all pertinent times within the scope and court of said servancy, agency, and employment with authority to so act, specifically Defendant Selma Dereyayla hereinafter referred to as "Dereyayla" was an employee driver including the time of the alleged occurrence hereinafter in plaintiff's petition.

5. The injuries sustained by Plaintiff occurred in Madison County, Illinois, therefore venue is proper.

6. On or about December 2, 2019, Plaintiff was travelling westbound on highway I-70 when Defendant Dereyayla lost control of her vehicle, owned by Defendant Forward Air and it's agents, servants, and employees. Defendant Dereyayla's vehicle then collided with the Plaintiff's vehicle.

## COUNT I – NEGLIGENCE AGAINST DEFENDANT DEREYAYLA

7. Plaintiff alleges and incorporates herein each and every allegation contained in paragraphs 1 through 6 above.

8. Defendant Dereyayla was negligent and careless in one or more of the following ways:

    a. She failed to apply the vehicle's breaks to avoid striking Plaintiffs vehicle;

    b. Shee operated her vehicle in a reckless and hazardous manner;

    c. She failed to exercise care to decelerate or slacken in the speed of the vehicle in response to individual hazard/dangerous conditions which were known or should have been known to have existed at the time of the collision with the subject vehicle

on the highway, including failure to slow, decelerate or brake in sufficient time to avoid the collision after the collision became imminent;

    d.  She failed to keep a careful lookout;

9. As a direct result or direct contributing result of Defendant Dereyayla's, negligence, breach of the standard of care, Plaintiff Gary Fisk sustained damage to his property and persons, to wit: 1) he suffered irreparable harm to his body as a whole and will continue to suffer pain in the future; 2) Plaintiff Gary Fisk has suffered permanent physical injuries; 3) Plaintiff has suffered in his ability to enjoy the ordinary pursuits of life; and 4) Plaintiff was required to undergo medical procedures and has sustained other damages.

10. All of the injuries and damages sustained by the Plaintiff were the direct and proximate result of the negligent actions of Defendant Selma Dereyayla without the direct contribution of any act or omission on the part of the Plaintiff.

## COUNT II – RESPONDEAT SUPERIOR DEFENDANT FAF INC

11. Plaintiff alleges and incorporates herein each and every allegation contained in paragraphs 1 through 10 above.

12. At the time of Plaintiff's injuries, Defendant Selma Dereyayla was acting within the scope of employment with Forward Air.

13. Forward Air is responsible for the actions caused by its employee while acting within the scope of its employment with Forward Air.

14. As a direct result of the negligence of Defendant Forward Air as aforesaid, Plaintiff sustained damage to his property and persons, to wit: 1) he suffered irreparable harm to his body as a whole and will continue to suffer pain in the future; 2) Plaintiff Gary Fisk has suffered permanent physical injuries; 3) Plaintiff has suffered in his ability to enjoy the ordinary pursuits of life; and 4) Plaintiff was required to undergo medical procedures and has sustained other damages.

### **COUNT III –NEGLIGENCE AGAINST DEFENDANT FAF INC**

15. Plaintiff alleges and incorporates herein each and every allegation contained in paragraphs 1 through 14 above.

16. Forward Air and its employee breached its duty in the following ways:

(a) Forward Air failed to implement and/or enforce, and its employee failed to follow proper safety procedure when operating a motor vehicle;

(b) Forward Air failed to train its employees or require training of its employees in proper roadway safety when operating a motor vehicle.

17. As a direct result of the negligence of Defendant Forward Air as aforesaid, Plaintiff sustained damage to his property and persons, to wit: 1) he suffered irreparable harm to his body as a whole and will continue to suffer pain in the future; 2) Plaintiff Gary Fisk has suffered permanent physical injuries; 3) Plaintiff has suffered in his ability to enjoy the ordinary pursuits of life; and 4) Plaintiff was required to undergo medical procedures and has sustained other damages.

WHEREFORE, for having shown good cause, Plaintiff Gary Fisk prays for (1) Judgment against Defendants Selma Dereyayla and FAF Inc. in excess of the jurisdictional minimum and (2) any further relief as this Court deems reasonable and proper under the premises.

                                            **THE HESTER GROUP LLC**

                                            /s/ Lorenzo Hester
                                            Lorenzo Hester, IL Bar# 6284877
                                            3920 Lindell, Suite 103
                                            St. Louis, MO 63108
                                            Phone: 314-652-4321
                                            Fax:   314-652-4322
                                            TheHesterGroup@att.net
                                            Attorney for Plaintiff